IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

```
A.H.,                            :
                                 :
        Plaintiff,               :
                                 :
v.                               :    CASE NO. 3:25-CV-8-CDL-AGH
                                 :
COMMISSIONER OF SOCIAL           :
SECURITY,                        :
                                 :
        Defendant.               :
                                 :
```

**ORDER**

Defendant filed an unopposed motion to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). The Court considered the motion and the grounds articulated therein and reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g). This case is consequently remanded to the Commissioner of Social Security. On remand, the Appeals Council will instruct the administrative law judge to reconsider the medical opinions; to reconsider the Plaintiff's residual functional capacity; if necessary, to obtain vocational expert evidence; to offer the Plaintiff the opportunity for a hearing; to take any further action needed to complete the administrative record; and to issue a new decision.

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 9th day of June, 2025.

                                                S/Clay D. Land
                                                CLAY D. LAND
                                                U.S. DISTRICT COURT JUDGE
                                                MIDDLE DISTRICT OF GEORGIA